MARY H. HAAS (State Bar No. 149770)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
7405 Greenback Lane, #326
Citrus Heights, California 95610-5603
Telephone: (916) 962-0677
Fax: (916) 962-0678

Attorneys for Plaintiff
AMERICAN NATIONAL RED CROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, a nonprofit organization created by an Act of Congress,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; APIP 220 LLC, a California limited liability company; VOLEN PROPERTIES 10, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 07-01236-WBS-DAD<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |

1

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
LAX 555856v1 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

COME NOW Plaintiff American National Red Cross (the "Red Cross"), by and through its attorney Rochelle L. Wilcox, Esq., Defendant United Way California Capital Region ("United Way"), by and through its attorney Thomas G. Trost, Esq., and Defendant Volen Properties 10, LLC, by and through its attorney K. Greg Peterson, Esq., and do hereby stipulate and agree as follows:

1. The deadline for disclosing experts and producing reports in accordance with Fed. R. Civ. P. 26(a)(2), which currently is scheduled for January 2, 2008, shall be extended until Monday, June 16, 2008.

2. The deadline for disclosing experts and producing reports of experts intended solely for rebuttal in accordance with Fed. R. Civ. P. 26(a)(2), which currently is scheduled for February 15, 2007, shall be extended until Wednesday, July 30, 2008.

DATED: January 4, 2008

DAVIS WRIGHT TREMAINE LLP
MARY H. HAAS
ROCHELLE L. WILCOX

By: _____Rochelle L. Wilcox_____
                Rochelle L. Wilcox
    Attorneys for Plaintiff
    AMERICAN NATIONAL RED CROSS

SPROUL TROST, LLP
THOMAS G. TROST
JASON M. SHERMAN

By: /s/ Thomas G. Trost (as authorized on January 2, 2008)
                Thomas G. Trost
    Attorneys for Defendant UNITED WAY
    CALIFORNIA CAPITAL REGION

LAW OFFICES OF K. GREG PETERSON
K. GREG PETERSON
JOHN McCARDLE

By: /s/ K. Greg Peterson (as authorized on January 2, 2008)
                K. Greg Peterson
    Attorneys for Defendant
    VOLEN PROPERTIES 10, LLC

2
STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
LAX 555856v1 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899


1  **ORDER**

2      It is so ordered.

3      Dated this 3rd day of January, 2008

4

5  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
LAX 555856v1 0036342-000025

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899