K. Greg Peterson, Esq. (SBN: 118287)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:   (916) 443-3010
Facsimile:   (916) 492-2680
Email:        greg@kgregpeterson.com

Attorney for Defendant, VOLEN PROPERTIES 10, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, a non-profit organization created by an act of Congress,<br><br>                    Plaintiffs,<br><br>v.<br><br>UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; APIP 220, LLC, a California limited liability company; VOLEN PROPERTIES 10, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>                    Defendants.<br>_____<br>AND RELATED COUNTERCLAIMS.<br>_____ | Case No. 2:07-CV-01236-WBS-DAD<br><br>SUBSTITUTION OF ATTORNEY AND [~~PROPOSED~~] ORDER THEREON |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT Defendant, VOLEN PROPERTIES 10, LLC, a California limited liability company, hereby substitutes Douglas E. Kirkman, Esq. (SBN: 53892) of WAGNER, KIRKMAN, BLAINE, KLOMPARENS & YOUMANS, LLP, 10640 Mather Blvd., Suite 200 Mather, CA 95655, telephone (916) 920-5286, facsimile (916)



-1-

SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER THEREON

920-8608 as attorney of record in the place and stead of K. Greg Peterson, Esq. and the Law Offices of K. Greg Peterson.

Dated: January 3, 2008                     VOLEN PROPERTIES 10, LLC

By:   /s/ Bart Volen
       Bart Volen, its Managing Member

I have given proper notice and further consent to the above substitution.

Dated: January 3, 2008                     LAW OFFICES OF K. GREG PETERSON

By:   /s/ K. Greg Peterson, Esq.
       K. Greg Peterson, Esq.

I certify that I am duly admitted to practice in this District and hereby accept the above-referenced substitution.

Dated: January 3, 2008                     WAGNER, KIRKMAN, BLAINE, KLOMPARENS & YOUMANS, LLP

By:   /s/ Douglas E. Kirkman, Esq.
       Douglas E. Kirkman, Esq.
       (As accepted and approved on 01.03.08)

ORDER

The above-referenced Substitution of Attorney is hereby approved.

Dated: January 7, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

