MARY H. HAAS (State Bar No. 149770)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
7405 Greenback Lane, #326
Citrus Heights, California 95610-5603
Telephone: (916) 962-0677
Fax: (916) 962-0678

Attorneys for Plaintiff
AMERICAN NATIONAL RED CROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, a nonprofit organization created by an Act of Congress,<br><br>            Plaintiff,<br><br>   vs.<br><br>UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; APIP 220 LLC, a California limited liability company; VOLEN PROPERTIES 10, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>            Defendants. | Case No. CV07-01236-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING APIP 220 LLC WITHOUT PREJUDICE** |

1
STIP AND ORDER DISMISSING APIP WITHOUT PREJUDICE
LAX 495787v3 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Plaintiff AMERICAN NATIONAL RED CROSS (the "Red Cross"), Defendant APIP 220 LLC ("APIP") and Defendant VOLEN PROPERTIES 10, LLC ("VOLEN"), by and through their respective counsel, hereby enter into this Stipulation and Order with reference to the following facts:

1. On or about October 10, 2007, the Red Cross filed a First Amended Complaint ("Complaint") in this action seeking, among other things, declaratory relief relating to real property located at 8928 Volunteer Lane, Sacramento, California (the "Property").

2. The Red Cross alleges, among other things, that Defendants UNITED WAY CALIFORNIA CAPITAL REGION ("UNITED WAY") and VOLEN have failed and/or refused to acknowledge Plaintiff's claimed option to purchase a portion of the Property.

3. As relevant here, the Red Cross seeks declaratory relief as to its claimed right to exercise the option to purchase a portion of the Property and an order compelling VOLEN to provide the Red Cross with a Short Form Memorandum of Lease that it can record providing notice of its option to purchase the Property; the Red Cross seeks no monetary or other affirmative relief against APIP, and included APIP as a party to this action due to its record ownership of the Property commencing September 17, 2007, and ending October 10, 2007, to protect the Red Cross's right to obtain full relief from and against VOLEN.

4. Defendants APIP and VOLEN have made the following representations to the Red Cross:

   a. APIP is an Exchange Accommodation Titleholder ("EAT") and facilitates reverse exchanges under Section 1031 of the Internal Revenue Code in accordance with Revenue Procedure 2000-37;

   b. On September 17, 2007, Bart Volen, the managing member of VOLEN, and APIP entered into a written agreement whereby APIP agreed to take beneficial title to the Subject Property in the context of a reverse exchange under Section 1031 of the Internal Revenue Code and Revenue Procedure 2000-37 (the

2
STIP AND ORDER DISMISSING APIP WITHOUT PREJUDICE
LAX 495787v3 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  "Volen-APIP Agreement");

2        c.     In connection with its obligations under the Volen-APIP Agreement,
3  APIP acquired beneficial title to the Property on September 17, 2007;

4        d.     On October 10, 2007, in compliance with its obligations under the
5  Volen-APIP Agreement, APIP transferred title to the Property to VOLEN;

6        e.     During the time that it was on title to the Property, APIP did not
7  otherwise own or operate the Property, nor was it involved in any discussions
8  between Plaintiff, VOLEN, UNITED WAY, or any of their representatives regarding
9  an option to purchase or any claim of the Red Cross in connection with the Property;
10 and,

11       f.     APIP has no present or future interest in the Property, and other than
12 being the holder of beneficial title from September 17, 2007, to October 10, 2007, in
13 the context of a reverse exchange under the Volen-APIP Agreement, it had no
14 interest in the Property.

15    5.     The Red Cross has relied on these representations and the authenticity of
16 documents provided by APIP in agreeing to enter into this Stipulation and [Proposed] Order
17 Dismissing APIP 220 LLC Without Prejudice.

18    NOW, THEREFORE, the Red Cross, APIP and VOLEN hereby stipulate and agree
19 as follows:

20    1.     VOLEN and APIP agree and acknowledge that APIP's temporary ownership
21 of the Property was on behalf of VOLEN in the context of the reverse exchange, that
22 APIP's temporary ownership was within the course and scope of the Volen-APIP
23 Agreement for APIP to act as the EAT in the context of that reverse exchange, and that
24 APIP has no current or future interest in the Property.

25    2.     VOLEN agrees that for purposes of this litigation, VOLEN's ownership of the
26 Property will be deemed to have started on September 17, 2007, when VOLEN's agent,
27 APIP, first acquired title to the Property.

28    3.     VOLEN agrees that for purposes of this litigation, VOLEN adopts APIP's

3
STIP AND ORDER DISMISSING APIP WITHOUT PREJUDICE
LAX 495787v3 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  record ownership as its own, and VOLEN accepts as its own act, any and all actions taken, not taken, or that could have been taken by APIP relative to the Property, all of which shall be treated as VOLEN's act, or failure to act, so long as APIP's conduct was or would have been within the course and scope of its agency with VOLEN.

4       APIP agrees that it will not object to or challenge in any respect any judgment that is entered against VOLEN in this matter.

5       APIP agrees that if judgment is entered against VOLEN and in favor of the Red Cross, and if the facts as revealed in this litigation and/or the applicable law render it necessary or appropriate for the same judgment to be entered against APIP in order for the Red Cross to obtain complete relief against VOLEN in this matter, upon reasonable notice to APIP's counsel identified below, APIP will appear in the action and permit a judgment related to the Red Cross's claimed option to be entered against it, to the extent necessary to protect the Red Cross's rights and any judgment entered against VOLEN and in favor of the Red Cross. APIP will assert no defenses, including but not limited to statute of limitations or laches, to the entry of such a judgment. The parties agree that such judgment will not include any award of damages or costs against APIP, or otherwise issue affirmative relief against APIP, other than the possible judgment relating to the validity of the Red Cross's claimed option to purchase the Property.

6       In reliance on this representations and promises, the Red Cross agrees to, and hereby does, dismiss APIP from this action without prejudice. APIP will bear its own attorneys' fees and costs incurred in this litigation, subject only to its right to recover those attorneys' fees and costs from VOLEN, in accordance with the terms of the Volen-APIP Agreement. Nothing in this provision or agreement shall limit or restrict VOLEN's right to recover its costs or attorneys' fees, including any costs or attorneys' fees paid to APIP as reimbursement, from Red Cross or any other party to this litigation.

///

///

///

4

STIP AND ORDER DISMISSING APIP WITHOUT PREJUDICE
LAX 495787v3 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  7   Nothing herein shall act to prevent, bar, or limit any subpoena served upon
2  APIP as to a non-party.

3  DATED: January 15, 2008      DAVIS WRIGHT TREMAINE LLP
                                MARY H. HAAS
4                               ROCHELLE L. WILCOX

5
                                By: /s/ Rochelle L. Wilcox
6                                  Attorneys for Plaintiff
                                   AMERICAN NATIONAL RED CROSS
7

8                               THE LAW OFFICE OF DANIEL A. STREET
                                DANIEL A. STREET
9

10                              By: /s/ Daniel A. Street (as authorized on
                                January 3, 2008)
11                                 Attorneys for Defendant
                                   APIP 220 LLC
12

13                              WAGNER, KIRKMAN, BLAINE,
                                KLOMPARENS & YOUMANS, LLP
14                              DOUGLAS E. KIRKMAN

15
                                By: /s/ Douglas E. Kirkman (as authorized on
16                              January 14, 2008)
                                   Attorneys for Defendant
17                                 VOLEN PROPERTIES 10, LLC

18

19                              **ORDER**

20  It is so ordered.

21  Dated this 15th day of January, 2008.

22
                                         [signature]
23                              WILLIAM B. SHUBB
                                UNITED STATES DISTRICT JUDGE
24

25

26

27

28

5
STIP AND ORDER DISMISSING APIP WITHOUT PREJUDICE
LAX 495787v3 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899