UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

AMERICAN NATIONAL RED CROSS, a non-profit corporation created by an act of Congress,

    Plaintiff,

    v.

UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; VOLEN PROPERTIES 10, L.L.C., a California limited liability company; and DOES 1-10, inclusive,

    Defendants,

                                    /

AND RELATED COUNTERCLAIMS.

                                    /

NO. CIV. S-07-1236 WBS DAD

<u>ORDER</u>

----oo0oo----

        The court's Order of May 23, 2008, which granted defendant Volen Properties 10, L.L.C.'s ("Volen") request for a continuance pursuant to Federal Rule of Civil Procedure 56(f), is

1

modified as follows.

The hearing on Red Cross's Motion for Summary Adjudication/Judgment is continued to September 29, 2008 at 2:00 p.m. The parties may conduct discovery until July 30, 2008. Red Cross shall submit a new memorandum in support of its motion by August 11, 2008. Volen shall submit any opposition to Red Cross's motion by September 2, 2008 and Red Cross shall submit any reply no later than September 8, 2008.[1] The parties may then file any objections to newly-submitted evidence by September 12, 2008;[2] the non-objecting party shall file a response to any objections by September 17, 2008; and the objecting party may file a reply by September 22, 2008. The parties are admonished that if their evidentiary objections are too numerous, the court may have to limit the September 29, 2008 hearing to the evidentiary objections and reset the hearing on Red Cross's Motion for Summary Adjudication/Judgment once the evidentiary objections have been resolved.

DATED: May 29, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] When deciding Red Cross's Motion for Summary Adjudication/Judgment, the court will not consider any of the arguments or materials the parties previously submitted in support of or opposition to Red Cross's motion or Volen's Rule 56(f) request. The court will only consider arguments and materials submitted in or with the new supporting memorandum, opposition, or reply provided for in this Order.

[2] In electing to file evidentiary objections, the parties are instructed to adhere to this court's April 9, 2008 Order and limit such objections to evidentiary issues. (Apr. 9, 2008 Order 3:22-25.)

2