DOUGLAS E. KIRKMAN (State Bar No. 53892)
Email: dkirkman@wkblaw.com
MARY K. deLEO (State Bar No. 206056)
Email: mdeleo@wkblaw.com
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Blvd., Suite 200
Mather, California 95655
Telephone:   (916) 920-5286
Facsimile:    (916) 920-8608

Attorneys for Defendant
VOLEN PROPERTIES 10, LLC,
a California limited liability company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, a nonprofit organization created by an Act of Congress,<br><br>Plaintiff,<br><br>v.<br><br>UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; VOLEN PROPERTIES 10, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:07-CV-01236-WBS-DAD<br><br>**STIPULATION EXTENDING DISCOVERY FOR THE PURPOSE OF TAKING DEPOSITIONS AND ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that:

1.  The statutory discovery cut-off previously noticed to occur on or before July 30, 2008, is continued to August 22, 2008 to permit the taking of the following depositions only.

2.  The deposition of PAMELA STEWART, previously scheduled for July 25, 2008, at 9 a.m., is continued to July 31, 2008 at 10 a.m.

4.  The deposition of CHRIS SIOUKAS, previously scheduled for July 30, 2008, at 10 a.m., is continued to August 4, 2008 at 2 p.m.

5.  The deposition of RICK BLUMENFELD, previously scheduled for July 24, 2002, at 10:00 a.m., is continued to August 5 and August 6, 2008 at 8 a.m.

{12780.00000 / 00384294.DOC.1}   1
STIPULATION AND [PROPOSED ORDER] FOR EXTENDING DISCOVERY FOR THE PURPOSE OF TAKING DEPOSITIONS

1    6.    The deposition of CURT SPROUL, previously scheduled for July 29, 2008, at 10 a.m., is continued to August 14, 2008 at 1 p.m.

7.    The deposition of KEN SYLVA, previously scheduled for July 28, 2008, at 10 a.m., is continued to August 18 or thereafter, at a date and time to be determined by mutual agreement of the parties.

8.    It is further stipulated that the transcripts resulting from the aforementioned depositions can be used prior to the deponents executing their correctness.

DATED: July 25, 2008              **WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
By: / s / Douglas E. Kirkman
DOUGLAS E. KIRKMAN,
Attorneys for Defendant
VOLEN PROPERTIES 10, LLC
a California limited liability company

**DAVIS WRIGHT TREMAINE LLP**
By: / s / Mary Haas
MARY HAAS
Attorneys for Plaintiff
AMERICAN NATIONAL RED CROSS

**SPROUL TROST LLP**
By: / s / Thomas G. Trost
THOMAS G. TROST,
Attorneys for Defendant
UNITED WAY CALIFORNIA CAPITAL REGION

### ORDER

**IT IS ORDERED** that discovery for is extended until August 22, 2008 for the sole purposes of taking the depositions of parties as set forth above who were subpoenaed prior to the discovery cut off date of July 30, 2008.

DATED: August 6, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/redcross1236.stipord

{12780.00000 / 00384294.DOC.1}                 2
STIPULATION AND [PROPOSED ORDER] FOR EXTENDING DISCOVERY FOR THE PURPOSE OF TAKING DEPOSITIONS