MARY H. HAAS (State Bar No. 149770)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
7405 Greenback Lane, #326
Citrus Heights, California 95610-5603
Telephone:  (916) 962-0677
Fax:  (916) 962-0678

Attorneys for Plaintiff
AMERICAN NATIONAL RED CROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, a nonprofit organization created by an Act of Congress,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; APIP 220 LLC, a California limited liability company; VOLEN PROPERTIES 10, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:07 CV-01236-WBS-DAD<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURE DEADLINES** |

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
DWT 11680931v2 0036342-000025

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  COME NOW Plaintiff American National Red Cross (the "Red Cross"), by and

2  through its attorney Rochelle L. Wilcox, Esq., Defendant United Way California Capital

3  Region ("United Way"), by and through its attorney Thomas G. Trost, Esq., and Defendant

4  Volen Properties 10, LLC ("Volen"), by and through its attorney Mary K. deLeo, Esq., and

5  do hereby stipulate and agree as follows:

6  1.      The deadline for disclosing experts and producing reports in accordance with

7  Fed. R. Civ. P. 26(a)(2), which currently is scheduled for August 15, 2008, 2008, shall be

8  extended until Monday, September 29, 2008.

9  2.      The deadline for disclosing experts and producing reports of experts intended

10  solely for rebuttal in accordance with Fed. R. Civ. P. 26(a)(2), which currently is scheduled

11  for September 29, 2008, shall be extended until Wednesday, October 29, 2008.

12  3.      The Red Cross's experts to be disclosed on September 29, 2008, shall be

13  limited to the claims by and between the Red Cross and United Way (*i.e.*, the Red Cross

14  shall not offer any expert to address the claims by and between the Red Cross and Volen),

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
DWT 11680931v2 0036342-000025

1 | although the Red Cross reserves its right to offer experts in rebuttal to any experts that may

2 | be offered by Volen on September 29, 2008.

3 | DATED: August 27, 2008

DAVIS WRIGHT TREMAINE LLP
MARY H. HAAS
ROCHELLE L. WILCOX

By: _____Rochelle L. Wilcox_____
                    Rochelle L. Wilcox
        Attorneys for Plaintiff
        AMERICAN NATIONAL RED CROSS

SPROUL TROST, LLP
THOMAS G. TROST
JASON M. SHERMAN

By:  /s/ Thomas G. Trost
        (as authorized on August 26, 2008)
                    Thomas G. Trost
        Attorneys for Defendant UNITED WAY
        CALIFORNIA CAPITAL REGION

WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP
DOUGLAS E. KIRKMAN
MARY K. deLEO

By:  /s/ Mary K. deLeo
        (as authorized on August 25, 2008)
                    Mary K. deLeo
        Attorneys for Defendant
        VOLEN PROPERTIES 10, LLC

**ORDER**

It is so ordered.

Dated:  August 27, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/redcross1236.stipord(2)

STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DISCLOSURE DEADLINES
DWT 11680931v2 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899