DAVIS WRIGHT TREMAINE LLP

1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT

10         EASTERN DISTRICT OF CALIFORNIA

11

12   AMERICAN NATIONAL RED CROSS, a        )   Case No. 2:07-CV-01236-WBS-DAD
     nonprofit organization                )
13   created by an Act of Congress,        )   **ORDER DENYING AMERICAN**
                                           )   **NATIONAL RED CROSS'S *EX PARTE***
14                 Plaintiff,              )   **APPLICATION TO CONTINUE**
                                           )   **PRETRIAL CONFERENCE AND**
15         v.                              )   **TRIAL**
                                           )
16   UNITED WAY CALIFORNIA CAPITAL         )   Trial Date:  December 2, 2008
     REGION, a California corporation; APIP 220)
17   LLC, a California limited liability company; )   Pretrial Conference:
     VOLEN PROPERTIES 10, LLC, a          )
18   California limited liability company; and )   Date:    November 17, 2008
     DOES 1-10, inclusive,                 )   Time:    2:00 p.m.
19                                         )
                   Defendant.              )
20   _____)

21         The *Ex Parte* Application of the American National Red Cross (the "Red Cross") to

22   continue the Pretrial Conference and Trial, which motion is opposed by defendants, is hereby

23   DENIED.

24   DATED:  October 24, 2008

25

26         WILLIAM B. SHUBB
           UNITED STATES DISTRICT JUDGE

27

28

                                              1
─────────────────────────────────────────────────────────────