1  MARY H. HAAS (State Bar No. 149770)
2  DAVIS WRIGHT TREMAINE LLP
3  865 S. Figueroa Street, Suite 2400
   Los Angeles, California 90017-2566
4  Telephone:  (213) 633-6800
   Fax:  (213) 633-6899

5
6  ROCHELLE L. WILCOX (State Bar No. 197790)
   DAVIS WRIGHT TREMAINE LLP
7  7405 Greenback Lane, #326
   Citrus Heights, California 95610-5603
8  Telephone:  (916) 962-0677
   Fax:  (916) 962-0678
9

10 Attorneys for Plaintiff
   AMERICAN NATIONAL RED CROSS

11

12

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 AMERICAN NATIONAL RED CROSS,  )  Case No. 2:07 CV-01236-WBS-DAD
   a nonprofit organization          )
17 created by an Act of Congress,     )  **[PROPOSED] ORDER EXTENDING
                                      )  DEADLINE TO FILE TRIAL BRIEFS**
18              Plaintiff,            )
                                      )  [Local Rule 16-285]
19         vs.                        )
                                      )
20 UNITED WAY CALIFORNIA CAPITAL )
   REGION, a California corporation; APIP )
21 220 LLC, a California limited liability )
   company; VOLEN PROPERTIES 10, )
22 LLC, a California limited liability )
   company; and DOES 1-10, inclusive, )
23                                    )
                Defendants.           )
24 _____ )

25

26

27

28

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## <u>ORDER</u>

IT IS SO ORDERED that the deadline for Plaintiff American National Red Cross, Defendant United Way California Capital Region and Defendant Volen Properties 10, LLC to file their opening trial briefs shall be extended to and including Friday, November 21, 2008, and the deadline for filing an optional response brief shall be extended to and including Wednesday, November 26, 2008.

Dated this 14th day of November, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Proposed] Order Extending Deadline to File Trial Briefs

DWT 12123695v1 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899