1  Thomas G. Trost (SBN 151961)
   Jason M. Sherman (SBN 232420)
2  SPROUL TROST LLP
3  3721 Douglas Boulevard, Suite 300
   Roseville, California  95661
4  Telephone:  (916) 783-6262
   Facsimile:  (916) 783-6252
5
6  Attorneys for Defendant United Way
   California Capital Region
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  AMERICAN   NATIONAL   RED   CROSS,   a      Case No. 2:07-CV-01236-WBS-DAD
    nonprofit organization,
12                                               **STIPULATION  AND  [~~PROPOSED~~]  ORDER
                                                 EXTENDING  DEADLINE  TO  FILE  TRIAL
13                        Plaintiff;             BRIEFS**

14  v.                                           [Local Rule 16-285]

15  UNITED   WAY   CALIFORNIA   CAPITAL
    REGION,  a  California  corporation;  VOLEN
16  PROPERTIES  10,  LLC,   a  California  limited
    liability company; and DOES 1-10, inclusive,
17
18                        Defendants.

19

20

21

22

23

24

25

26

27

28

COME NOW Defendant United Way California Capital Region ("United Way"), by and through its attorney Thomas G. Trost, Esq., and Defendant Volen Properties 10, LLC ("Volen"), by and through its attorney Douglas E. Kirkman, Esq., and Plaintiff American National Red Cross (the "Red Cross"), by and through its attorney Rochelle L. Wilcox, Esq., and do hereby stipulate and agree that the parties' deadlines for filing their opening trial brief shall be extended to and including Wednesday, November 26, 2008, and the deadline for filing an optional response brief shall be extended to and including Monday, December 1, 2008.

DATED: November 19, 2008

**SPROUL TROST LLP**

By:   /s/ Thomas G. Trost
      Thomas G. Trost
      Jason M. Sherman
      Attorneys for United Way California
      Capital Region

**WAGNER KIRKMAN BLAINE
KLOMPARENS & YOUMANS LLP**

By:   /s/ Douglas E. Kirkman (authorized 11/19/08)
      Douglas E. Kirkman
      Mary deLeo
      Attorneys for Defendant Volen
      Properties 10, LLC

**DAVIS WRIGHT TREMAINE LLP**

By:   /s/ Rochelle L. Wilcox (authorized 11/19/08)
      Mary H. Haas
      Rochelle L. Wilcox
      Attorneys for Plaintiff American National
      Red Cross

STIPULATION AND [PROPOSED] ORDER EXTENDING TRIAL BRIEF DEADLINE

1

**<u>ORDER</u>**

2

It is so ordered.

3

DATED:  November 20, 2008

4

5

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING TRIAL BRIEF DEADLINE