MARY H. HAAS (State Bar No. 149770)
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

ROCHELLE L. WILCOX (State Bar No. 197790)
DAVIS WRIGHT TREMAINE LLP
7405 Greenback Lane, #326
Citrus Heights, California 95610-5603
Telephone: (916) 962-0677
Fax: (916) 962-0678

Attorneys for Plaintiff
AMERICAN NATIONAL RED CROSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN NATIONAL RED CROSS, a nonprofit organization created by an Act of Congress,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED WAY CALIFORNIA CAPITAL REGION, a California corporation; APIP 220 LLC, a California limited liability company; VOLEN PROPERTIES 10, LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:07-CV-01236-WBS-DAD<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

AMENDED STIPULATION
DWT 12311545v1 0036342-000025

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  COMES NOW Plaintiff American National Red Cross (the "Red Cross") by and
2 through its attorneys Mary H. Haas and Rochelle L. Wilcox, and Defendant United Way
3 California Capital Region ("United Way"), by and through its attorney Thomas G. Trost,
4 and Defendant Volen Properties 10, LLC ("Volen"), by and through its attorney Douglas E.
5 Kirkman, do and hereby represent to the Court as follows:

6  1. Volen and the Red Cross have entered into a binding settlement agreement,
7 and are prepared to enter into a stipulation to dismiss their respective claims against each
8 other, which is expected be filed promptly;

9  2. Untied Way and the Red Cross need additional time to finalize their
10 respective settlement documents, before seeking this Court's assistance.

11  NOW THEREFORE, the parties do hereby stipulate and agree as follows:

12  1. All parties shall have to and including January 20, 2009, to file their
13 disposition documents, as required by Local Rule 16-160(b); and,

14  2. The Status Conference scheduled for January 12, 2009 at 2:00 p.m. shall be
15 continued to January 26, 2009 at 2:00 p.m. in order to allow the parties to finalize the
16 settlement documents.

17 DATED: January 9, 2009                DAVIS WRIGHT TREMAINE LLP
                                        MARY H. HAAS
18                                      ROCHELLE L. WILCOX

21                                      By: _____/S/_____
                                             Mary H. Haas
22                                      Attorneys for Plaintiff
                                        AMERICAN NATIONAL RED CROSS\

AMENDED STIPULATION
DWT 12311545v1 0036342-000025

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  SPROUL TROST LLP
2  THOMAS G. TROST

3
4  By: /S/ Thomas G. Trost (as authorized on January 9, 2009)
5   Attorneys for Defendant
6   UNITED WAY CALIFORNIA CAPTIAL REGION

7  WAGNER, KIRKMAN, BLAINE,
8  KLOMPARENS & YOUMANS, LLP
   DOUGLAS E. KIRKMAN
9
10 By: /S/ Douglas E. Kirkman (as authorized on January 9, 2009)
11  Attorneys for Defendant
    VOLEN PROPERTIES 10, LLC
12

13 **ORDER**

14
15 It is so ordered.

16 Dated this ninth day of January, 2009.

17
18 WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
19

---

AMENDED STIPULATION
DWT 12311545v1 0036342-000025

3

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899