1  MARY H. HAAS (State Bar No. 149770)
2  DAVIS WRIGHT TREMAINE LLP
   865 S. Figueroa Street, Suite 2400
3  Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
4  Fax: (213) 633-6899

5
   ROCHELLE L. WILCOX (State Bar No. 197790)
6  DAVIS WRIGHT TREMAINE LLP
   7405 Greenback Lane, #326
7  Citrus Heights, California 95610-5603
   Telephone: (916) 962-0677
8  Fax: (916) 962-0678

9
10 Attorneys for Plaintiff
   AMERICAN NATIONAL RED CROSS

11
12
13                    UNITED STATES DISTRICT COURT
14                    EASTERN DISTRICT OF CALIFORNIA
15

16 AMERICAN NATIONAL RED CROSS,   )   Case No. 2:07-CV-01236-WBS-DAD
   a nonprofit organization       )
17 created by an Act of Congress, )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER TO CONTINUE STATUS**
18               Plaintiff,       )   **CONFERENCE**
                                  )
19      vs.                       )
                                  )
20 UNITED WAY CALIFORNIA CAPITAL  )
   REGION, a California corporation; APIP )
21 220 LLC, a California limited liability )
   company; VOLEN PROPERTIES 10,  )
22 LLC, a California limited liability )
   company; and DOES 1-10, inclusive, )
23                                )
                 Defendants.      )
24                                )

25
26
27
28

                                1
STIPULATION TO CONTINUE STATUS CONFERENCE
DWT 12429993v1 0036342-000025

COMES NOW Plaintiff American National Red Cross (the "Red Cross") by and through its attorneys Mary H. Haas and Rochelle L. Wilcox, and Defendant United Way California Capital Region ("United Way"), by and through its attorney Thomas G. Trost, and Defendant Volen Properties 10, LLC ("Volen"), by and through its attorney Douglas E. Kirkman, do and hereby represent to the Court as follows:

1. Volen and the Red Cross have entered into a binding settlement agreement, and are prepared to enter into a global stipulation to dismiss this action, including their respective claims against each other;

2. United Way and the Red Cross need additional time to finalize their respective settlement documents, before seeking this Court's assistance.

NOW THEREFORE, the parties do hereby stipulate and agree as follows:

1. All parties shall have to and including February 17, 2009, to file their disposition documents, as required by Local Rule 16-160(b); and,

2. The Status Conference scheduled for February 9, 2009 at 2:00 p.m. shall be continued to February 23, 2009 at 2:00 p.m. in order to allow the parties to finalize the settlement documents.

DATED: February 10, 2009             DAVIS WRIGHT TREMAINE LLP
                                     MARY H. HAAS
                                     ROCHELLE L. WILCOX


                                     By:_____/S/_____
                                           Mary H. Haas
                                        Attorneys for Plaintiff
                                        AMERICAN NATIONAL RED CROSS\

2
STIPULATION TO CONTINUE STATUS CONFERENCE
DWT 12429993v1 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  SPROUL TROST LLP
2  THOMAS G. TROST

3
4  By: /S/ Thomas G. Trost (as authorized on February 6, 2009)
5      Attorneys for Defendant
6      UNITED WAY CALIFORNIA CAPTIAL REGION

7  WAGNER, KIRKMAN, BLAINE,
8  KLOMPARENS & YOUMANS, LLP
   DOUGLAS E. KIRKMAN
9
10 By: /S/ Patricia E. Lee (as authorized on February 6, 2009)
11     Attorneys for Defendant
       VOLEN PROPERTIES 10, LLC
12

## **ORDER**

It is so ordered.

Dated this 9th day of February, 2009.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
STIPULATION TO CONTINUE STATUS CONFERENCE
DWT 12429993v1 0036342-000025

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899